United States District Court
Southern District of Texas
**ENTERED**
August 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C. and SLING TV L.L.C., | § § § § | CIVIL ACTION NO. 4:21-cv-2384 |
| Plaintiffs, | § § | |
| vs. | § § | JUDGE CHARLES ESKRIDGE |
| JUAN BARCAN and JUAN NAHUEL PEREYRA, individually and collectively d/b/a Live-nba.stream, Freefeds.com, Sportsbay.org, and Sportsbay.tv, | § § § § § § | |
| Defendants. | § § | |

## ORDER

Having considered the Resubmitted Motion for Default Judgment filed by Plaintiffs DISH NETWORK L.L.C. and SLING TV L.L.C. ("Plaintiffs") (Dkt. 32, the "Motion"), it is HEREBY ORDERED, ADJUDGED, and DECREED that:

Plaintiffs' Motion is GRANTED.

1. Pursuant to Federal Rule of Civil Procedure 55(b)(2), default judgment is entered in this matter against Defendants Juan Barcan and Juan Nahuel Pereyra ("Defendants") on Plaintiffs' claims for violations of the Digital Millennium Copyright Act, 17 U.S.C. §§ 1201(a)(1)(A) and 1201(a)(2) (Counts I and II).

2. Plaintiffs are awarded $493,850,000 in statutory damages against Defendants, jointly and severally, for Defendants' 2,469,250 violations of section 1201(a)(2) of the DMCA.

3. Defendants and any of their employees, agents, servants, officers, directors, attorneys, successors, affiliates, assigns, any and all other entities owned or controlled by Defendants, and all other persons acting in active concert or participation with any of the foregoing that receives actual notice of the order, are permanently enjoined from:

    a) circumventing a DRM or any other technological protection measure that controls access to Sling or DISH programming, including through the use of websites or any similar internet streaming service;

    b) manufacturing, offering to the public, providing, or otherwise trafficking in any technologies, products, or services, including through the use of websites providing pirated content, or any other service, technology, product, device, component, website, or part thereof that:

        i. is primarily designed or produced for circumventing a technological measure employed by Plaintiffs that controls access to, copying, or the distribution of copyrighted works;

        ii. has only limited commercially significant purpose or use other than circumventing a technological measure employed by Plaintiffs that controls access to, copying, or the distribution of copyrighted works;

        iii. is marketed for purposes of circumventing a technological measure employed by Plaintiffs that controls access to, copying, or the distribution of copyrighted works; and

    c) receiving or assisting others in receiving Sling or DISH programming.

So ordered.

3

Signed on August 11, 2023, at Houston, Texas.

                                                  _____
                                                  Hon. Charles Eskridge
                                                  United States District Judge